IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

NATIXIS S.A.        *
30, Avenue Pierre Mendès France
Paris 75013        *
France
       *

    Plaintiff,
       *    Case No. 17-cv-379-JKB

v.
       *

Motor Vessel NEWLEAD GRANADINO
IMO No. 9483774,        *
her engines, tackle, appurtenances, etc.,
       *

*in rem,*
       *

    Defendant.

*   *   *   *   *   *   *   *   *   *   *   *   *

### ORDER OF CONFIRMATION OF SALE

It appearing to the Court that M/V NEWLEAD GRANADINO, Official Number 9483774, was seized under process issued by this Court, that notice of the public sale was duly published, and that no claimant of the said vessel has appeared, and this Court upon application of the plaintiff, for good cause shown, having ordered the issuance of an Order for Interlocutory Sale directing the United States Marshal to sell said vessel at public auction, and this Court having duly considered the matter and being fully advised in the premises, and it appearing that said defendant vessel was sold, as provided by this Court's order for sale, on April 19, 2017 at 11:00 a.m. to the plaintiff mortgagee by way of a credit bid, for $2,500,000.00, upon the only bid as shown by the Expense Report of Sale, Doc. 17, no objections to sale having been filed, and more than three (3) days having passed from the date of sale, this Court being satisfied in all

respects that said sale was conducted fairly, reasonably, and without fraud, and that said sale price reflects the fair market value of said defendant vessel, it is hereby

ORDERED, that the sale of the said defendant vessel be and the same hereby is confirmed pursuant to LAR(e)(12)(f) in all respects; and it is further

ORDERED, that pursuant to LAR(e)(10)(c) any person having a claim against the vessel that arose before this date must present the same by intervening complaint, pursuant to LAR(e)(10)(a), against the proceeds of the sale; and it is further

ORDERED, that the United States Marshal shall deliver a Bill of Sale conveying the Vessel to Purchaser and mortgagee Natixis S.A., free and clear of all liens, claims, maritime liens, rights *in rem*, rights of redemption, or encumbrances whatsoever; and it is further

ORDERED, that the court-appointed custodian, Ravenship Management Services, Inc., is hereby relieved of any and all duties previously imposed by Order of this Court with respect to the vessel; and

ORDERED, that Natixis S.A., is to pay the Marshal's *custodia legis* costs of keeping the vessel from 9 February 2017 to the present of $628.04, pursuant to LAR(e)(12)(e); and it is further

ORDERED, that the said defendant vessel be released from arrest and tendered as is, where is, forthwith by the U.S. Marshal to said plaintiff mortgagee purchaser Natixis S.A.

**SO ORDERED** this 25 of April, 2017.

*James K. Bredar*
James K. Bredar
United States District Judge