# KLOMAR SHIP SUPPLY CO., INC.

## * KORONAKIS MARINE ROPES *

**MOBILE OFFICE:** 2200 PERIMETER ROAD – P.O. BOX 1118 MOBILE, ALABAMA 36633-1118
24 HOUR PHONE (251) 471-1153 TELEX 782720 TELEFAX (251) 471-1697 CABLES / KOMA MOBILE
ACCOUNT # 46813209 – REGIONS BANK , MOBILE, ALABAMA
**NEW ORLEANS OFFICE:** 10836 CHEF MENTEUR HWY., NEW ORLEANS, LA 70127-1101
24 HOUR PHONE (504) 243-9301 TELEX 782720 TELEFAX (504) 243-9367 CABLES / KOMA MOBILE
ACCOUNT # 10011002765 – WHITNEY BANK N.A. , NEW ORLEANS, LA
E-MAIL ADDRESS: klomar@klomarshipsupply.us

April 18, 2016

NEWLEAD SHIPPING SA
FLESSA 1-7 AKTI MIAOULI 83
GREECE

RE:  M/T "NEWLEAD GRANADINO" AT NEW ORLEANS, LA/USA

Gentlemen:

Thank you for your order of ship's supplies, which we delivered to the above vessel.

We enclose the following invoices:

| Invoice No. | Date | Department | Amount |
|---|---|---|---|
| 22280 | April 18, 2016 | Provisions | 5,121.34 |
| 22280-A | April 18, 2016 | Cabin | 42.48 |
| 22280-B | April 18, 2016 | Stores | 1,150.00 |
| 22280-C | April 18, 2016 | Stores4 | 139.00 |
| 22280-D | April 18, 2016 | Stores5 | 1,029.17 |
| 22280-E | April 18, 2016 | Stores6 | 3,234.50 |
| 22280-F | April 18, 2016 | Stores7 | 1,047.40 |
| 22280-G | April 18, 2016 | Stores8 | 530.00 |
| 22280-H | April 18, 2016 | Stores9 | 2,643.29 |
| 22280-I | April 18, 2016 | Stores10 | 1,125.50 |
| 22280-J | April 18, 2016 | Stores11 | 71.12 |
| 22280-K | April 18, 2016 | Additional | 192.24 |
| 22280-L | April 18, 2016 | Gaskets | 372.00 |
| 22280-M | April 18, 2016 | Pubs | 211.20 |
| 22280-N | April 18, 2016 | Refreshments | 1,026.35 |
| 22281DF | April 18, 2016 | Bonded | 1,335.00 |
| | | Total | $19,270.59 |

The above invoices carry a discount of 10% for 60 Days Payment except for Freight on Invoice No.'s 22280-B, C & E, Refreshments and Bonded which are Net.  Therefore, please deduct $1,646.33 when making your remittance.

Please make your remittance directly by wire transfer to:

        Regions Bank - Mobile, AL
        Account No.:  46813209
        Routing No.:  062005690
        Swift Code:  UPNBUS44

Very truly yours,

Emmanouel Kloumassis



# KLOMAR SHIP SUPPLY CO., INC.

## *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

| | | |
|---|---|---|
| **SOLD TO:** | **SHIP TO:** | **DATE:** 4/18/2016 |
| NEWLEAD GRANADINO | SAME AT NEW ORLEANS, LA | **DEPT:** PROVISIONS |
| M/T "NEWLEAD GRANADNO | | **INVOICE #:** 22280 |
| C/O NEWLEAD SHIPPING SA | | **PO#:** ORD009949 |
| FLESSA 1-7 AKTI MIAOULI 83 | | **TERMS:** NET |
| GREECE | | |

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 10 | KGS | HAMBURGER PATTIES | 8.40 | 84.00 |
| 2 | 1 | CS | MUSHROOMS 24/16OZ | 71.52 | 71.52 |
| 3 | 2 | CS | SWEET CORN 24/16OZ | 22.08 | 44.16 |
| 4 | 2 | CS | MUSTARD 12/20OZ | 17.76 | 35.52 |
| 5 | 1 | CS | KETCHUP 24/14OZ | 33.12 | 33.12 |
| 6 | 1 | CS | FISH SAUCE 12/28OZ | 33.00 | 33.00 |
| 7 | 1 | CS | TOMATO PASTE 24/16OZ | 35.52 | 35.52 |
| 8 | 40 | LTR | SOYA OIL 35# | 1.60 | 64.00 |
| 9 | 12 | LTR | OLIVE OIL | 6.95 | 83.40 |
| 10 | 8 | BOX | GREEN TEA | 5.50 | 44.00 |
| 11 | 1 | BAG | FLOUR WHITE 50LBS | 24.50 | 24.50 |
| 12 | 1 | CS | COOKIES ASSTD 24'S | 40.80 | 40.80 |
| 13 | 5 | LTR | ICE CREAM VANILLA | 2.79 | 13.95 |
| 14 | 5 | LTR | ICE CREAM CHOCOLATE | 2.79 | 13.95 |
| 15 | 1 | BOX | PRE CREAMED SHORTENING 4X2LBS | 17.90 | 17.90 |
| 16 | 1 | CS | CABBAGE WHITE | 29.50 | 29.50 |
| 17 | 1 | CS | CARROTS | 29.50 | 29.50 |
| 18 | 1 | CS | CUCUMBERS | 34.50 | 34.50 |
| 19 | 1 | CS | EGGPLANT | 38.40 | 38.40 |
| 20 | 5 | KGS | GINGER ROOT | 4.50 | 22.50 |
| 21 | 1 | CS | LETTUCE ICEBERG | 39.50 | 39.50 |
| 22 | 1 | BAG | ONIONS DRY | 34.50 | 34.50 |
| 23 | 1 | CS | GREEN BELL PEPPER | 38.70 | 38.70 |
| 24 | 46 | KGS | POTATOES | 1.08 | 49.68 |
| 25 | 1 | CS | PUMPKIN | 38.40 | 38.40 |
| 26 | 1 | CS | TOMATOES HALF RIPE | 37.25 | 37.25 |
| 27 | 1 | CS | APPLES GREEN | 53.00 | 53.00 |
| 28 | 1 | CS | APPLES RED | 49.50 | 49.50 |
| 29 | 1 | CS | BANANAS HALF RIPE | 31.60 | 31.60 |
| 30 | 1 | CS | ORANGES | 39.50 | 39.50 |
| 31 | 1 | CS | SWEET MELON | 34.00 | 34.00 |
| 32 | 25 | KGS | WATERMELON | 1.95 | 48.75 |
| 33 | 2 | CS | MACKERAL | 51.75 | 103.50 |

**TOTAL**

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5%
PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL
PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

MARINE WHOLESALE STORES* CABIN-DECK/ENGINE * DRY STORES * PROVISIONS * BONDED

# KLOMAR SHIP SUPPLY CO., INC.

## *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

| SOLD TO: | SHIP TO: | |
|---|---|---|
| NEWLEAD GRANADINO | SAME AT NEW ORLEANS, LA | DATE: 4/18/2016 |
| M/T "NEWLEAD GRANADNO | | DEPT: PROVISIONS |
| C/O NEWLEAD SHIPPING SA | | INVOICE #: 22280 |
| FLESSA 1-7 AKTI MIAOULI 83 | | PO#: ORD009949 |
| GREECE | | TERMS: NET |

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 34 | 1 | CS | CUTTLEFISH | 195.00 | 195.00 |
| 35 | 1 | CS | TUNA | 162.50 | 162.50 |
| 37 | 2 | CS | SARDINES IN TOMATO 50/5OZ | 44.00 | 88.00 |
| 38 | 2 | CS | TUNA IN OIL 48/6OZ | 44.16 | 88.32 |
| 39 | 18 | KGS | BEEF GROUND | 8.25 | 148.50 |
| 41 | 1 | CS | CHICKEN EVISC | 67.60 | 67.60 |
| 42 | 73 | KGS | CHICKEN LEGS | 1.10 | 80.30 |
| 43 | 2 | CS | CHICKEN LIVER | 39.20 | 78.40 |
| 44 | 20 | KGS | PORK CHOPS | 6.50 | 130.00 |
| 45 | 33 | KGS | PORK LEGS | 5.69 | 187.77 |
| 46 | 28 | KGS | PORK LOINS BONELESS | 6.98 | 195.44 |
| 47 | 20 | KGS | PORK GROUND | 7.50 | 150.00 |
| 48 | 2 | EA | TURKEYS 16LBS | 31.00 | 62.00 |
| 49 | 1 | CS | BACON SLICED | 46.50 | 46.50 |
| 50 | 10 | KGS | HAM SMOKED | 8.90 | 89.00 |
| 51 | 1 | CS | BEEF SAUSAGE | 49.60 | 49.60 |
| 52 | 5 | KGS | SAUSAGE FRANKFURTERS | 4.36 | 21.80 |
| 53 | 7 | KGS | BOLOGNA | 4.95 | 34.65 |
| 54 | 6 | KGS | SALAMI COTTO | 7.15 | 42.90 |
| 55 | 1 | CS | CORNED BEEF 12/12OZ | 58.80 | 58.80 |
| 56 | 2 | CS | LUNCHEON MEAT 12/12OZ | 33.00 | 66.00 |
| 57 | 104 | EA | HAMBURGER BUNS | 0.39 | 40.56 |
| 58 | 100 | LVS | BREAD WHITE SLICED | 1.69 | 169.00 |
| 59 | 114 | KGS | RICE LONG GRAIN | 1.19 | 135.66 |
| 60 | 10 | KGS | FETA CHEESE GREEK | 8.00 | 80.00 |
| 61 | 10 | KGS | PARMESAN CHEESE | 14.30 | 143.00 |
| 62 | 5 | CS | EGGS FRESH 360'S | 48.00 | 240.00 |
| 63 | 5 | LTR | ICE CREAM | 2.79 | 13.95 |
| 64 | 2 | CS | MILK EVAPORATED 48/12OZ | 69.50 | 139.00 |
| 65 | 60 | LTR | MILK L.L. | 1.89 | 113.40 |
| 66 | 4 | KGS | YOGURT PLAIN | 7.90 | 31.60 |
| 67 | 2 | CS | JAM APRICOT 12/16OZ | 23.76 | 47.52 |
| 68 | 2 | CS | ORANGE MARMALADE 12/16OZ | 23.76 | 47.52 |

| TOTAL |
|---|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5%
PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL
PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

Page 3

# KLOMAR SHIP SUPPLY CO., INC.

**\*DISTRIBUTOR FOR: KORONAKIS ROPES\***

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504/243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

| SOLD TO: | SHIP TO: | |
|---|---|---|
| NEWLEAD GRANADINO | SAME AT NEW ORLEANS, LA | **DATE:** 4/18/2016 |
| M/T "NEWLEAD GRANADNO | | **DEPT:** PROVISIONS |
| C/O NEWLEAD SHIPPING SA | | **INVOICE #:** 22280 |
| FLESSA 1-7 AKTI MIAOULI 83 | | **PO#:** ORD009949 |
| GREECE | | **TERMS:** NET |

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 69 | 2 | CS | STRAWBERRY MARMALADE 12/16OZ | 23.76 | 47.52 |
| 70 | 24 | LTR | MANGO JUICE | 1.59 | 38.16 |
| 71 | 24 | LTR | APPLE JUICE | 1.59 | 38.16 |
| 72 | 24 | LTR | ORANGE JUICE | 1.59 | 38.16 |
| 73 | 24 | LTR | PINEAPPLE JUICE | 1.59 | 38.16 |
| 74 | 6 | JAR | NESCAFE | 7.98 | 47.88 |
| 75 | 12 | KGS | PICKLES MIXED | 3.80 | 45.60 |
| 76 | 15 | KGS | MAYONAISSE | 5.50 | 82.50 |
| 77 | 24 | BTL | HOT SAUCE | 1.98 | 47.52 |
| 78 | 3 | GAL | VINEGAR WHITE | 4.99 | 14.97 |
| 79 | 1 | KGS | GARLIC POWDER | 9.80 | 9.80 |
| 80 | 2 | KGS | BLACK PEPPER GROUND | 18.50 | 37.00 |

| | TOTAL | $5,121.34 |
|---|---|---|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5% PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

# KLOMAR SHIP SUPPLY CO., INC.

### *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

**SOLD TO:**

NEWLEAD GRANADINO
M/T "NEWLEAD GRANADNO
C/O NEWLEAD SHIPPING SA
FLESSA 1-7 AKTI MIAOULI 83
GREECE

**SHIP TO:**

SAME AT NEW ORLEANS, LA

**DATE:** 4/18/2016
**DEPT:** CABIN
**INVOICE #:** 22280-A
**PO#:** ORD009958
**TERMS:** NET

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 24 | LTR | DISHWASHING LIQUID | 1.50 | 36.00 |
| 2 | 12 | LTR | BLEACH | 0.54 | 6.48 |

| | TOTAL | $42.48 |
|---|---|---|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5% PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

MARINE WHOLESALE STORES* CABIN-DECK/ENGINE * DRY STORES * PROVISIONS * BONDED

# KLOMAR SHIP SUPPLY CO., INC.

**\*DISTRIBUTOR FOR: KORONAKIS ROPES\***

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

| SOLD TO: | SHIP TO: | |
|---|---|---|
| NEWLEAD GRANADINO | SAME AT NEW ORLEANS, LA | **DATE:** 4/18/2016 |
| M/T "NEWLEAD GRANADNO | | **DEPT:** STORES |
| C/O NEWLEAD SHIPPING SA | | **INVOICE #:** 22280-B |
| FLESSA 1-7 AKTI MIAOULI 83 | | **PO#:** ORD009951 |
| GREECE | | **TERMS:** NET |

| ITEM# | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 1 | EA. | ANCHOR SHACKLE D1 4d TOLLERANCE SIZE OF CHAIN 42MM 1-5/8" **2 DAYS DELIVERY** | 1,065.00 | 1,065.00 |
| 2 | 1 | EA. | EXPEDITED FREIGHT CHARGES | 85.00 | 85.00 |

| | TOTAL | $1,150.00 |
|---|---|---|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5%
PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL
PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

# KLOMAR SHIP SUPPLY CO., INC.

**\*DISTRIBUTOR FOR: KORONAKIS ROPES\***

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

| SOLD TO: | SHIP TO: | |
|---|---|---|
| NEWLEAD GRANADINO<br>M/T "NEWLEAD GRANADNO<br>C/O NEWLEAD SHIPPING SA<br>FLESSA 1-7 AKTI MIAOULI 83<br>GREECE | SAME AT NEW ORLEANS, LA | **DATE:** 4/18/2016<br>**DEPT:** STORES4<br>**INVOICE #:** 22280-C<br>**PO#:** ORD009963<br>**TERMS:** NET |

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 12 | EA. | HELI-SERT M20 X 1.5 FINE X 20MM STAINLESS STEEL  \*\*NEED 5 DAYS FOR REGULAR DELIVERY\*\* | 6.50 | 78.00 |
| 2 | 1 | EA. | EXPEDITED FREIGHT | 61.00 | 61.00 |

| | TOTAL | $139.00 |
|---|---|---|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5% PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

MARINE WHOLESALE STORES* CABIN-DECK/ENGINE * DRY STORES * PROVISIONS * BONDED

# KLOMAR SHIP SUPPLY CO., INC.

## *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504/243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

**SOLD TO:**

NEWLEAD GRANADINO
M/T "NEWLEAD GRANADNO
C/O NEWLEAD SHIPPING SA
FLESSA 1-7 AKTI MIAOULI 83
GREECE

**SHIP TO:**

SAME AT NEW ORLEANS, LA

**DATE:** 4/18/2016
**DEPT:** STORES5
**INVOICE #:** 22280-D
**PO#:** ORD009953
**TERMS:** NET

| ITEM# | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 2 | EA. | ELECTRODE HOLDER GRIP TYPE IMPA NO. 851031 | 21.20 | 42.40 |
| 3 | 3 | BXS | ELECTRODES, 3.2MM | 44.00 | 132.00 |
| 4 | 4 | EA | WELDER GLOVES FIVE FINGERS | 5.98 | 23.92 |
| 5 | 0 | EA. | CUTTING DISC VIDIA METALLIC 100 X 2 X 16MM | 1.10 | 0.00 |
| 7 | 10 | EA. | WHEEL GRINDING OFFSET RESIN 100 X 8 X 16MM | 2.75 | 27.50 |
| 8 | 3 | BAGS | SAND FOR ANTISLIP/PILOT ACCESS | 9.90 | 29.70 |
| 9 | 3 | EA. | HP CARTRIDGE 85A | 99.50 | 298.50 |
| 10 | 3 | EA. | HP CARTRIDGE 36A | 115.00 | 345.00 |
| 13 | 1 | SET | GRINDER, ANGLE, 220/240V SINGLE PHASE, MODEL DGP-150A | 99.50 | 99.50 |
| 14 | 1 | EA | GRINDING WHEEL,OFFSET 6x5/16x7/8' | 3.15 | 3.15 |
| 15 | 10 | EA | WHEEL GRINDING OFFSET RESINOID GRN 36 150 x 2 x 12.7mm 4300MTR/MIN | 2.75 | 27.50 |

| **TOTAL** | $1,029.17 |
|---|---|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5%
PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL
PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

# KLOMAR SHIP SUPPLY CO., INC.

### *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

| SOLD TO: | SHIP TO: | |
|---|---|---|
| NEWLEAD GRANADINO<br>M/T "NEWLEAD GRANADNO<br>C/O NEWLEAD SHIPPING SA<br>FLESSA 1-7 AKTI MIAOULI 83<br>GREECE | SAME AT NEW ORLEANS, LA | DATE: 4/18/2016<br>DEPT: STORES6<br>INVOICE #: 22280-E<br>PO#: ORD009960<br>TERMS: NET |

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 50 | EA. | FLANGE GASKET, ROUND/SEMI METALLIC GASKET, OD 130MM ID 90MM TH 3MM TEMP 250 DEG C PRSS -29.4mpa 300KGF/CM2 FLUID THERMAL OIL, IMPA 811901 **NEED 7 DAYS TO MAKE** | 11.50 | 575.00 |
| 2 | 50 | EA. | FLANGE GASKET, ROUND, STEMI METALLIC GASKET, OD 215MM ID 155MM TH 3MM TEMP -250DEG C PRESS - 29.4mpa 300KGF/CM2 FLUID THERMIAL OIL, 811901 **NEED 7 DAYS TO MAKE** | 16.75 | 837.50 |
| 4 | 36 | MTRS. | INSULATION PIPE COVER ROCKWOOL A-80MM TH 25MM **OFFERING CAL-SIL** | 19.00 | 684.00 |
| 5 | 2 | EA. | METAL FOIL INSERTED GRAPHITE SHEETS, 811029 3MM TH X 1000 X 1000MM | 419.00 | 838.00 |
| 6 | 1 | EA. | EXPEDITING CHARGES FOR SHORT NOTICE ORDER ON ITEMS 1 & 2 | 300.00 | 300.00 |

| TOTAL | $3,234.50 |
|---|---|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5% PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

MARINE WHOLESALE STORES* CABIN-DECK/ENGINE * DRY STORES * PROVISIONS * BONDED

# KLOMAR SHIP SUPPLY CO., INC.

### *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

**SOLD TO:**

NEWLEAD GRANADINO
M/T "NEWLEAD GRANADNO
C/O NEWLEAD SHIPPING SA
FLESSA 1-7 AKTI MIAOULI 83
GREECE

**SHIP TO:**

SAME AT NEW ORLEANS, LA

**DATE:** 4/18/2016
**DEPT:** STORES7
**INVOICE #:** 22280-F
**PO#:** ORD009955
**TERMS:** NET

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 8 | 2 | EA. | ARC WELDING EARTHING, GROUND CLAMP, 500AMP 5700 004 660 **NEED 2 DAYS FOR REGULAR DELIVERY** | 20.50 | 41.00 |
| 9 | 200 | SETS | HEXHEAD BOLTS W/NUTS AND WASHERS, M14 X 60MM | 0.94 | 188.00 |
| 10 | 50 | MTRS. | WELDING CABLE 14.5MM OD | 15.20 | 760.00 |
| 11 | 2 | STS | WELDING CABLE CONNECTORS, 300AMP | 18.70 | 37.40 |
| 12 | 1 | EA. | ELECTRODE HOLDER, 500 AMP GRIP TYPE | 21.00 | 21.00 |

**TOTAL** $1,047.40

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5%
PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL
PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

# KLOMAR SHIP SUPPLY CO., INC.

### *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

| SOLD TO: | SHIP TO: | |
|---|---|---|
| NEWLEAD GRANADINO<br>M/T "NEWLEAD GRANADNO<br>C/O NEWLEAD SHIPPING SA<br>FLESSA 1-7 AKTI MIAOULI 83<br>GREECE | SAME AT NEW ORLEANS, LA | **DATE:** 4/18/2016<br>**DEPT:** STORES8<br>**INVOICE #:** 22280-G<br>**PO#:** ORD009957<br>**TERMS:** NET |

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 1 | SHTS. | STEEL PLATE, 20MM X 1M X 1M  670717  **OFFERING 4' X 8' ** | 530.00 | 530.00 |

| | TOTAL | $530.00 |
|---|---|---|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5% PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

# KLOMAR SHIP SUPPLY CO., INC.

## *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504/243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

| SOLD TO: | SHIP TO: | |
|---|---|---|
| NEWLEAD GRANADINO<br>M/T "NEWLEAD GRANADNO<br>C/O NEWLEAD SHIPPING SA<br>FLESSA 1-7 AKTI MIAOULI 83<br>GREECE | SAME AT NEW ORLEANS, LA | DATE: 4/18/2016<br>DEPT: STORES9<br>INVOICE #: 22280-H<br>PO#: ORD009962<br>TERMS: NET |

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 5 | SET | TORCH GAS COMPACT, COMPLETE | 43.00 | 215.00 |
| 4 | 2 | SHT. | PILOT NON ASBESTOS JOINTING 172 FOR STEAM WATER, OIL, GASES, DILUTE ACIDS AND ALKALIS, MAX TEMP 475C MAX PRESSURE 13.8N/MM2 3MM X 1500 X 1500MM | 144.50 | 289.00 |
| 6 | 12 | EA. | STAINLESS STEEL CONNECTING LINKS 231185 | 8.95 | 107.40 |
| 7 | 1 | EA | GANGWAY SAFETY NETS, 5 X 10 MTR | 425.00 | 425.00 |
| 9 | 50 | BAGS | SAWDUST 10KG | 4.20 | 210.00 |
| 10 | 6 | EA. | STANDARD WIRE CLIPS, STAINLESS STEEL 233656 | 6.50 | 39.00 |
| 11 | 6 | EA. | STANDARD WIRE CLIPS, STAINLESS STEEL 233653 | 4.60 | 27.60 |
| 12 | 2 | EA. | TURNBUCKLES, JAW-JAW 230683 | 215.00 | 430.00 |
| 13 | 1 | EA | WRENCH,PIPE 36" | 69.00 | 69.00 |
| 15 | 3 | EA | WELDER GLOVES FIVE FINGERS | 5.98 | 17.94 |
| 17 | 1 | SET | NOZZLE CLEANER 8PCS/SET | 12.00 | 12.00 |
| 18 | 2 | BXS | ELECTRODES, 850621 **10 LBS** | 44.00 | 88.00 |
| 19 | 1 | PKT | GAS WELDING RODS, M.S. 2.6MM DIA **10 LBS ONLY** | 37.50 | 37.50 |
| 21 | 1 | EA | OIL FUNNEL GALV W/ STRAINER 250mm DIA | 14.20 | 14.20 |
| 22 | 3 | EA. | SHOWER HEAD, HAND HELD, PF 1/2 PALSTIC W/1.2 MTRS. RUBBER HOSE | 16.50 | 49.50 |
| 23 | 1 | SETS | GRINDER,5" 220V,1-PHASE | 102.00 | 102.00 |
| 25 | 1 | EA | FILE, FLAT, DOUBLE CUT, SMOOTH, 250MM | 6.90 | 6.90 |
| 26 | 1 | EA | FILE, FLAT, DEAD SMOOTH, 8' | 4.99 | 4.99 |
| 27 | 6 | EA | GRINDING WHEEL,OFFSET 5'x3/16x7/8' | 2.99 | 17.94 |
| 31 | 1 | EA. | TRUCK PLATFORM STEEL 2 HANDLE WITH 4 SOLID TIRES 710 X 1000MM 617160 | 398.00 | 398.00 |
| 32 | 2 | EA | OILERS, PLASTIC, PISTOL PUMP TYPE | 2.98 | 5.96 |
| 33 | 2 | EA | OILER PUMP W/ FLEX SPOUT HD 350CC | 4.20 | 8.40 |
| 34 | 1 | KGS. | WIRE,COPPER[4486],1KG 1MM | 29.00 | 29.00 |
| 35 | 1 | PR. | WELDING CABLE CONNECTOR CABLE SIZE 38-50MM LENTH 200MM WT 300 GRMS | 19.00 | 19.00 |
| 36 | 2 | RLS. | TAPE ANTI-CORROSIVE 50MMX10MTR | 9.98 | 19.96 |

| | TOTAL | $2,643.29 |
|---|---|---|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5% PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

# KLOMAR SHIP SUPPLY CO., INC.

**MARINE WHOLESALE STORES\* CABIN-DECK/ENGINE \* DRY STORES \* PROVISIONS \* BONDED**

### *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504/243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

| SOLD TO: | SHIP TO: | |
|---|---|---|
| NEWLEAD GRANADINO | SAME AT NEW ORLEANS, LA | **DATE:** 4/18/2016 |
| M/T "NEWLEAD GRANADNO | | **DEPT:** STORES10 |
| C/O NEWLEAD SHIPPING SA | | **INVOICE #:** 22280-I |
| FLESSA 1-7 AKTI MIAOULI 83 | | **PO#:** ORD009954 |
| GREECE | | **TERMS:** NET |

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 3 | PKS. | ELECTRODES FOR HEAT RESISTANT STEEL 7018 2.5 10LBS | 47.50 | 142.50 |
| 2 | 5 | PKS. | ELECTRODES FOR HEAT RESISTANT 3.2 7018 | 47.50 | 237.50 |
| 3 | 1 | PK. | ELECTRODES FOR STAINLESS STEEL 2.5 NC-3 | 144.00 | 144.00 |
| 4 | 1 | SHT. | STEEL,FLAT PLATE  5/8" X 4' X 8' | 465.00 | 465.00 |
| 5 | 2 | EA. | COLD CHISELS W 32 X L 225MM 612908 | 18.50 | 37.00 |
| 6 | 1 | EA | GRINDER, ANGLE, 220/240V SINGLE PHASE, MODEL DGP-150A, MAKITA BRAND **EQUAL** | 99.50 | 99.50 |

| | TOTAL | $1,125.50 |
|---|---|---|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5% PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

# KLOMAR SHIP SUPPLY CO., INC.

### *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

---

**SOLD TO:**

NEWLEAD GRANADINO
M/T "NEWLEAD GRANADNO
C/O NEWLEAD SHIPPING SA
FLESSA 1-7 AKTI MIAOULI 83
GREECE

**SHIP TO:**

SAME AT NEW ORLEANS, LA

**DATE:** 4/18/2016
**DEPT:** STORES 11
**INVOICE #:** 22280-J
**PO#:** ORD009966
**TERMS:** NET

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|--------|-----|--------|-------------|-------|--------|
| 1 | 4 | EA. | SLIP ON FLANGES DIN 2576 (PN16) d=43.1MM D=150MM C=100 t=16MM 4 BOLT HOLES 18MM **OFFERING IMPA NO. 734545 16K/32MM** | 11.25 | 45.00 |
| 2 | 4 | EA | NIPPLE, PIPE, STEEL, H/P 1-1/4" X 4" NPT | 6.53 | 26.12 |

| | TOTAL | $71.12 |
|--|-------|--------|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5% PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

# KLOMAR SHIP SUPPLY CO., INC.

### *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

**SOLD TO:**

NEWLEAD GRANADINO
M/T "NEWLEAD GRANADNO
C/O NEWLEAD SHIPPING SA
FLESSA 1-7 AKTI MIAOULI 83
GREECE

**SHIP TO:**

SAME AT NEW ORLEANS, LA

**DATE:** 4/18/2016
**DEPT:** ADDITIONAL
**INVOICE #:** 22280-K
**PO#:** OD009994
**TERMS:** NET

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|--------|-----|--------|-------------|-------|--------|
| 1 | 2 | EA. | BELT TYPE SLING, 2 MTRS. LONG | 28.53 | 57.06 |
| 2 | 2 | EA. | BELT TYPE SLING, 5 MTRS. LONG | 38.70 | 77.40 |
| 3 | 1 | EA. | NEEDLE SUPPORT 3MM DIA IMPA 590477 | 38.34 | 38.34 |
| 4 | 1 | EA. | THROTTLE ANVIL TP00399 | 19.44 | 19.44 |

| TOTAL | $192.24 |
|-------|---------|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5% PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

# KLOMAR SHIP SUPPLY CO., INC.

### *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

**SOLD TO:**

NEWLEAD GRANADINO
M/T "NEWLEAD GRANADNO
C/O NEWLEAD SHIPPING SA
FLESSA 1-7 AKTI MIAOULI 83
GREECE

**SHIP TO:**

SAME AT NEW ORLEANS, LA

**DATE:** 4/18/2016
**DEPT:** GASKETS
**INVOICE #:** 22280-L
**PO#:** OD009994
**TERMS:** NET

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|--------|-----|--------|-------------|-------|--------|
| 1 | 24 | EA | HI TEMP 1/8" 8" RING GASKETS**NON-RETURNABLE** | 15.50 | 372.00 |

| | TOTAL | $372.00 |
|--|-------|---------|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5% PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

# KLOMAR SHIP SUPPLY CO., INC.

## *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

**SOLD TO:**

NEWLEAD GRANADINO
M/T "NEWLEAD GRANADNO
C/O NEWLEAD SHIPPING SA
FLESSA 1-7 AKTI MIAOULI 83
GREECE

**SHIP TO:**

SAME AT NEW ORLEANS, LA

**DATE:** 4/18/2016
**DEPT:** PUBS
**INVOICE #:** 22280-M
**PO#:** OD009992
**TERMS:** NET

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|--------|-----|--------|-------------|-------|--------|
| 1 | 6 | EA | NOTICE TO MARINERS FROM WEEK 5 (#9-14) | 11.20 | 67.20 |
| 2 | 5 | EA | B.A. TRACINGS FROM WEEK 10 (#10-14) | 28.80 | 144.00 |

| | TOTAL | $211.20 |
|---|---|---|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5% PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

MARINE WHOLESALE STORES* CABIN-DECK/ENGINE * DRY STORES * PROVISIONS * BONDED

# KLOMAR SHIP SUPPLY CO., INC.

## *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

**SOLD TO:**

NEWLEAD GRANADINO
M/T "NEWLEAD GRANADNO
C/O NEWLEAD SHIPPING SA
FLESSA 1-7 AKTI MIAOULI 83
GREECE

**SHIP TO:**

SAME AT NEW ORLEANS, LA

**DATE:** 4/18/2016
**DEPT:** REFRESHME...
**INVOICE #:** 22280-N
**PO#:** ORD009949
**TERMS:** NET

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 7 | CS | COCA COLA 24/12OZ | 9.75 | 68.25 |
| 2 | 104 | CS | MINERAL WATER 12/1.5LTR | 7.90 | 821.60 |
| 3 | 7 | CS | ORANGE SODA 24/12OZ | 9.75 | 68.25 |
| 4 | 7 | CS | SPRITE 24/12OZ | 9.75 | 68.25 |

| TOTAL | $1,026.35 |
|---|---|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5%
PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL
PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

MARINE WHOLESALE STORES\* CABIN-DECK/ENGINE \* DRY STORES \* PROVISIONS \* BONDED

# KLOMAR SHIP SUPPLY CO., INC.

## *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 065000171 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

---

**SOLD TO:**

NEWLEAD GRANADINO
M/T "NEWLEAD GRANADNO
C/O NEWLEAD SHIPPING SA
FLESSA 1-7 AKTI MIAOULI 83
GREECE

**SHIP TO:**

SAME AT NEW ORLEANS, LA

**DATE:** 4/18/2016
**DEPT:** BONDED
**INVOICE #:** 22281DF
**PO#:** ORD009965
**TERMS:** NET

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|--------|-----|--------|-------------|-------|--------|
| 1 | 60 | CTNS. | L & M BOX | 12.50 | 750.00 |
| 2 | 30 | CTNS. | MARLBORO BOX | 19.50 | 585.00 |

| TOTAL | $1,335.00 |
|-------|-----------|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5% PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

# Klomar Ship Supply

Mobile, AL (251) 471-1153
Fax (251-471-1697)
New Orleans, LA (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE          4/18/2016
RECEIPT #     22280

**SOLD TO:**   M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO #   ORD009949        DEPARTMENT   PROVISIONS

| ITEM # | QTY | U.O.M. | DESCRIPTION | UNIT PR | AMOUNT |
|---|---|---|---|---|---|
| 1 | 10 | KGS | HAMBURGER PATTIES | 8.40 | 84.00 |
| 2 | 1 | CS | MUSHROOMS 24/16OZ | 71.52 | 71.52 |
| 3 | 2 | CS | SWEET CORN 24/16OZ | 22.08 | 44.16 |
| 4 | 2 | CS | MUSTARD 12/20OZ | 17.76 | 35.52 |
| 5 | 1 | CS | KETCHUP 24/14OZ | 33.12 | 33.12 |
| 6 | 1 | CS | FISH SAUCE 12/28OZ | 33.00 | 33.00 |
| 7 | 1 | CS | TOMATO PASTE 24/16OZ | 35.52 | 35.52 |
| 8 | 40 | LTR | SOYA OIL 35# | 1.60 | 64.00 |
| 9 | 12 | LTR | OLIVE OIL | 6.95 | 83.40 |
| 10 | 8 | BOX | GREEN TEA | 5.50 | 44.00 |
| 11 | 1 | BAG | FLOUR WHITE 50LBS | 24.50 | 24.50 |
| 12 | 1 | CS | COOKIES ASSTD 24'S | 40.80 | 40.80 |
| 13 | 5 | LTR | ICE CREAM VANILLA | 2.79 | 13.95 |
| 14 | 5 | LTR | ICE CREAM CHOCOLATE | 2.79 | 13.95 |
| 15 | 1 | BOX | PRE CREAMED SHORTENING 4X2LBS | 17.90 | 17.90 |
| 16 | 1 | CS | CABBAGE WHITE | 29.50 | 29.50 |
| 17 | 1 | CS | CARROTS | 29.50 | 29.50 |
| 18 | 1 | CS | CUCUMBERS | 34.50 | 34.50 |
| 19 | 1 | CS | EGGPLANT | 38.40 | 38.40 |
| 20 | 5 | KGS | GINGER ROOT | 4.50 | 22.50 |
| 21 | 1 | CS | LETTUCE ICEBERG | 39.50 | 39.50 |
| 22 | 1 | BAG | ONIONS DRY | 34.50 | 34.50 |
| 23 | 1 | CS | GREEN BELL PEPPER | 38.70 | 38.70 |
| 24 | 46 | KGS | POTATOES | 1.08 | 49.68 |
| 25 | 1 | CS | PUMPKIN | 38.40 | 38.40 |
| 26 | 1 | CS | TOMATOES HALF RIPE | 37.25 | 37.25 |
| 27 | 1 | CS | APPLES GREEN | 53.00 | 53.00 |
| 28 | 1 | CS | APPLES RED | 49.50 | 49.50 |
| 29 | 1 | CS | BANANAS HALF RIPE | 31.60 | 31.60 |
| 30 | 1 | CS | ORANGES | 39.50 | 39.50 |
| 31 | 1 | CS | SWEET MELON | 34.00 | 34.00 |
| 32 | 25 | KGS | WATERMELON | 1.95 | 48.75 |
| 33 | 2 | CS | MACKERAL | 51.75 | 103.50 |

**TOTAL:**

I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER

SHIP STAMP

REC OFFICER SIGNATURE                              MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL (251) 471-1153
Fax (251-471-1697
New Orleans, LA (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE 4/18/2016
RECEIPT # 22280

**SOLD TO:** M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO # ORD009949 DEPARTMENT PROVISIONS

| ITEM# | QTY | U.O.M. | DESCRIPTION | UNIT PR | AMOUNT |
|---|---|---|---|---|---|
| 34 | 1 | CS | CUTTLEFISH | 195.00 | 195.00 |
| 35 | 1 | CS | TUNA | 162.50 | 162.50 |
| 37 | 2 | CS | SARDINES IN TOMATO 50/5OZ | 44.00 | 88.00 |
| 38 | 2 | CS | TUNA IN OIL 48/6OZ | 44.16 | 88.32 |
| 39 | 18 | KGS | BEEF GROUND | 8.25 | 148.50 |
| 41 | 1 | CS | CHICKEN EVISC | 67.60 | 67.60 |
| 42 | 73 | KGS | CHICKEN LEGS | 1.10 | 80.30 |
| 43 | 2 | CS | CHICKEN LIVER | 39.20 | 78.40 |
| 44 | 20 | KGS | PORK CHOPS | 6.50 | 130.00 |
| 45 | 33 | KGS | PORK LEGS | 5.69 | 187.77 |
| 46 | 28 | KGS | PORK LOINS BONELESS | 6.98 | 195.44 |
| 47 | 20 | KGS | PORK GROUND | 7.50 | 150.00 |
| 48 | 2 | EA | TURKEYS 16LBS | 31.00 | 62.00 |
| 49 | 1 | CS | BACON SLICED | 46.50 | 46.50 |
| 50 | 10 | KGS | HAM SMOKED | 8.90 | 89.00 |
| 51 | 1 | CS | BEEF SAUSAGE | 49.60 | 49.60 |
| 52 | 5 | KGS | SAUSAGE FRANKFURTERS | 4.36 | 21.80 |
| 53 | 7 | KGS | BOLOGNA | 4.95 | 34.65 |
| 54 | 6 | KGS | SALAMI COTTO | 7.15 | 42.90 |
| 55 | 1 | CS | CORNED BEEF 12/12OZ | 58.80 | 58.80 |
| 56 | 2 | CS | LUNCHEON MEAT 12/12OZ | 33.00 | 66.00 |
| 57 | 104 | EA | HAMBURGER BUNS | 0.39 | 40.56 |
| 58 | 100 | LVS | BREAD WHITE SLICED | 1.69 | 169.00 |
| 59 | 114 | KGS | RICE LONG GRAIN | 1.19 | 135.66 |
| 60 | 10 | KGS | FETA CHEESE GREEK | 8.00 | 80.00 |
| 61 | 10 | KGS | PARMESAN CHEESE | 14.30 | 143.00 |
| 62 | 5 | CS | EGGS FRESH 360'S | 48.00 | 240.00 |
| 63 | 5 | LTR | ICE CREAM | 2.79 | 13.95 |
| 64 | 2 | CS | MILK EVAPORATED 48/12OZ | 69.50 | 139.00 |
| 65 | 60 | LTR | MILK L.L. | 1.89 | 113.40 |
| 66 | 4 | KGS | YOGURT PLAIN | 7.90 | 31.60 |
| 67 | 2 | CS | JAM APRICOT 12/16OZ | 23.76 | 47.52 |
| 68 | 2 | CS | ORANGE MARMALADE 12/16OZ | 23.76 | 47.52 |

**TOTAL:**

I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER

SHIP STAMP

REC OFFICER SIGNATURE

MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL (251) 471-1153
Fax (251-471-1697)
New Orleans, LA (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

| DATE | 4/18/2016 |
| RECEIPT # | 22280 |

**SOLD TO:** M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

| PO # | ORD009949 | DEPARTMENT | PROVISIONS |

| ITEM # | QTY | U.O.M. | DESCRIPTION | UNIT PR | AMOUNT |
|---|---|---|---|---|---|
| 69 | 2 | CS | STRAWBERRY MARMALADE 12/16OZ | 23.76 | 47.52 |
| 70 | 24 | LTR | MANGO JUICE | 1.59 | 38.16 |
| 71 | 24 | LTR | APPLE JUICE | 1.59 | 38.16 |
| 72 | 24 | LTR | ORANGE JUICE | 1.59 | 38.16 |
| 73 | 24 | LTR | PINEAPPLE JUICE | 1.59 | 38.16 |
| 74 | 6 | JAR | NESCAFE | 7.98 | 47.88 |
| 75 | 12 | KGS | PICKLES MIXED | 3.80 | 45.60 |
| 76 | 15 | KGS | MAYONAISSE | 5.50 | 82.50 |
| 77 | 24 | BTL | HOT SAUCE | 1.98 | 47.52 |
| 78 | 3 | GAL | VINEGAR WHITE | 4.99 | 14.97 |
| 79 | 1 | KGS | GARLIC POWDER | 9.80 | 9.80 |
| 80 | 2 | KGS | BLACK PEPPER GROUND | 18.50 | 37.00 |

**TOTAL:** $5,121.34

I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER

SHIP STAMP

REC OFFICER SIGNATURE

MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL  (251) 471-1153
Fax  (251-471-1697
New Orleans, LA  (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE        4/18/2016
RECEIPT #   22280

**SOLD TO:**   M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO #     ORD009958        DEPARTMENT        CABIN

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|--------|-----|--------|-------------|
| 1 | 24 | LTR | DISHWASHING LIQUID |
| 2 | 12 | LTR | BLEACH |

I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER

SHIP STAMP

REC OFFICER SIGNATURE

MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL (251) 471-1153
Fax (251-471-1697
New Orleans, LA (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE     4/18/2016
RECEIPT #    22280

**SOLD TO:**    M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

| PO # | ORD009951 | DEPARTMENT | STORES |

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|--------|-----|--------|-------------|
| 1 | 1 | EA. | ANCHOR SHACKLE D1 4d TOLLERANCE SIZE OF CHAIN 42MM 1-5/8" **2 DAYS DELIVERY** |
| 2 | 1 | EA. | EXPEDITED FREIGHT CHARGES |

I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER

SHIP STAMP

REC OFFICER SIGNATURE      MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL  (251) 471-1153
Fax  (251-471-1697)
New Orleans, LA  (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE  4/18/2016
RECEIPT #  22280

**SOLD TO:** M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO #  ORD009963  DEPARTMENT  STORES4

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|---|---|---|---|
| 1 | 12 | EA. | HELI-SERT M20 X 1.5 FINE X 20MM STAINLESS STEEL  **NEED 5 DAYS FOR REGULAR DELIVERY** |
| 2 | 1 | EA. | EXPEDITED FREIGHT |

I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER

SHIP STAMP

REC OFFICER SIGNATURE

MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL (251) 471-1153
Fax (251-471-1697
New Orleans, LA (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE        4/18/2016
RECEIPT #    22280

**SOLD TO:**      M/V "NEWLEAD GRANADINO" &/OR OWNERS
                  AT NEW ORLEANS, LA

PO #        ORD009953        DEPARTMENT        STORES5

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|---|---|---|---|
| 1 | 2 | EA. | ELECTRODE HOLDER GRIP TYPE IMPA NO. 851031 |
| 3 | 3 | BXS | ELECTRODES, 3.2MM |
| 4 | 4 | EA | WELDER GLOVES FIVE FINGERS |
| 5 | 3 | EA | ~~CUTTING DISC VIDIA METALLIC 100 X 2 X 16MM~~ |
| 7 | 10 | EA. | WHEEL GRINDING OFFSET RESIN 100 X 8 X 16MM |
| 8 | 3 | BAGS | SAND FOR ANTISLIP/PILOT ACCESS |
| 9 | 3 | EA. | HP CARTRIDGE 85A |
| 10 | 3 | EA. | HP CARTRIDGE 36A |
| 13 | 1 | SET | GRINDER, ANGLE, 220/240V SINGLE PHASE, MODEL DGP-150A |
| 14 | 1 | EA | GRINDING WHEEL, OFFSET 6x5/16x7/8' |
| 15 | 10 | EA | WHEEL GRINDING OFFSET RESINOID GRN 36 150 x 2 x 12.7mm 4300MTR/MIN |

I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER

SHIP STAMP

REC OFFICER SIGNATURE

# Klomar Ship Supply

Mobile, AL (251) 471-1153
Fax (251-471-1697
New Orleans, LA (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE        4/18/2016
RECEIPT #   22280

**SOLD TO:**   M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

| PO # | ORD009960 | DEPARTMENT | STORES6 |
|------|-----------|------------|---------|

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|--------|-----|--------|-------------|
| 1 | 50 | EA. | FLANGE GASKET, ROUND/SEMI METALLIC GASKET, OD 130MM ID 90MM TH 3MM TEMP 250 DEG C PRSS -29.4mpa 300KGF/CM2 FLUID THERMAL OIL, IMPA 811901 **NEED 7 DAYS TO MAKE** |
| 2 | 50 | EA. | FLANGE GASKET, ROUND, STEMI METALLIC GASKET, OD 215MM ID 155MM TH 3MM TEMP -250DEG C PRESS - 29.4mpa 300KGF/CM2 FLUID THERMIAL OIL, 811901 **NEED 7 DAYS TO MAKE** |
| 4 | 36 | MTRS. | INSULATION PIPE COVER ROCKWOOL A-80MM TH 25MM **OFFERING CAL-SIL** |
| 5 | 2 | EA. | METAL FOIL INSERTED GRAPHITE SHEETS, 811029 3MM TH X 1000 X 1000MM |

I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER

SHIP STAMP

REC OFFICER SIGNATURE



MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL  (251) 471-1153
Fax  (251-471-1697
New Orleans, LA  (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE      4/18/2016
RECEIPT #   22280

**SOLD TO:**  M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO #    ORD009955    DEPARTMENT    STORES7

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|---|---|---|---|
| 8 | 2 | EA. | ARC WELDING EARTHING, GROUND CLAMP, 500AMP 5700 004 660  **NEED 2 DAYS FOR REGULAR DELIVERY** |
| 9 | 200 | SETS | HEXHEAD BOLTS W/NUTS AND WASHERS, M14 X 60MM |
| 10 | 50 | MTRS. | WELDING CABLE 14.5MM OD |
| 11 | 2 | STS | WELDING CABLE CONNECTORS, 300AMP |
| 12 | 1 | EA. | ELECTRODE HOLDER, 500 AMP GRIP TYPE |

I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER

SHIP STAMP

REC OFFICER SIGNATURE

MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL (251) 471-1153
Fax (251-471-1697
New Orleans, LA (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE        4/18/2016
RECEIPT #   22280

**SOLD TO:** M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO #        ORD009957        DEPARTMENT        STORES8

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|---|---|---|---|
| 1 | 1 | SHTS. | STEEL PLATE, 20MM X 1M X 1M  670717  **OFFERING 4' X 8' ** |

I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER

SHIP STAMP

REC OFFICER SIGNATURE

MASTER SIGNATURE



# Klomar Ship Supply

Mobile, AL (251) 471-1153
Fax (251-471-1697
New Orleans, LA (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE     4/18/2016
RECEIPT #     22280

**SOLD TO:**     M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO #     ORD009962     DEPARTMENT     STORES9

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|---|---|---|---|
| 1 | 5 | SET | TORCH GAS COMPACT, COMPLETE |
| 4 | 2 | SHT. | PILOT NON ASBESTOS JOINTING 172 FOR STEAM WATER, OIL, GASES, DILUTE ACIDS AND ALKALIS, MAX TEMP 475C MAX PRESSURE 13.8N/MM2 3MM X 1500 X 1500MM |
| 6 | 12 | EA. | STAINLESS STEEL CONNECTING LINKS 231185 |
| 7 | 1 | EA | GANGWAY SAFETY NETS, 5 X 10 MTR |
| 9 | 50 | BAGS | SAWDUST 10KG |
| 10 | 6 | EA. | STANDARD WIRE CLIPS, STAINLESS STEEL 233656 |
| 11 | 6 | EA. | STANDARD WIRE CLIPS, STAINLESS STEEL 233653 |
| 12 | 2 | EA. | TURNBUCKLES, JAW-JAW 230683 |
| 13 | 1 | EA | WRENCH,PIPE 36" |
| 15 | 3 | EA | WELDER GLOVES FIVE FINGERS |
| 17 | 1 | SET | NOZZLE CLEANER 8PCS/SET |
| 18 | 2 | BXS | ELECTRODES, 850621 **10 LBS** |
| 19 | 1 | PKT | GAS WELDING RODS, M.S. 2.6MM DIA **10 LBS ONLY** |
| 21 | 1 | EA | OIL FUNNEL GALV W/ STRAINER 250mm DIA |
| 22 | 3 | EA. | SHOWER HEAD, HAND HELD, PF 1/2 PALSTIC W/1.2 MTRS. RUBBER HOSE |
| 23 | 1 | SETS | GRINDER,5" 220V,1-PHASE |
| 25 | 1 | EA | FILE, FLAT, DOUBLE CUT, SMOOTH, 250MM |
| 26 | 1 | EA | FILE, FLAT, DEAD SMOOTH, 8' |
| 27 | 6 | EA | GRINDING WHEEL,OFFSET 5'x3/16x7/8' |
| 31 | 1 | EA. | TRUCK PLATFORM STEEL 2 HANDLE WITH 4 SOLID TIRES 710 X 1000MM 617160 |
| 32 | 2 | EA | OILERS, PLASTIC, PISTOL PUMP TYPE |
| 33 | 2 | EA | OILER PUMP W/ FLEX SPOUT HD 350CC |
| 34 | 1 | KGS. | WIRE,COPPER[4486],1KG 1MM |
| 35 | 1 | PR. | WELDING CABLE CONNECTOR CABLE SIZE 38-50MM LENTH 200MM WT 300 GRMS |
| 36 | 2 | RLS. | TAPE ANTI-CORROSIVE 50MMX10MTR |

**I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER**

SHIP STAMP

REC OFFICER SIGNATURE              MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL (251) 471-1153
Fax (251-471-1697
New Orleans, LA (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE    4/18/2016
RECEIPT #    22280

**SOLD TO:**    M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO #    ORD009954    DEPARTMENT    STORES10

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|--------|-----|--------|-------------|
| 1 | 3 | PKS. | ELECTRODES FOR HEAT RESISTANT STEEL 7018 2.5 10LBS |
| 2 | 5 | PKS. | ELECTRODES FOR HEAT RESISTANT 3.2 7018 |
| 3 | 1 | PK. | ELECTRODES FOR STAINLESS STEEL 2.5 NC-3 |
| 4 | 1 | SHT. | STEEL,FLAT PLATE  5/8" X 4' X 8' |
| 5 | 2 | EA. | COLD CHISELS W 32 X L 225MM 612908 |
| 6 | 1 | EA | GRINDER, ANGLE, 220/240V SINGLE PHASE, MODEL DGP-150A, MAKITA BRAND **EQUAL** |

**I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER**

SHIP STAMP

REC OFFICER SIGNATURE    MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL (251) 471-1153
Fax (251-471-1697
New Orleans, LA (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE        4/18/2016
RECEIPT #    22280

**SOLD TO:**    M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO #        ORD009966        DEPARTMENT        STORES 11

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|---|---|---|---|
| 1 | 4 | EA. | SLIP ON FLANGES DIN 2576 (PN16) d=43.1MM D=150MM C=100 t=16MM 4 BOLT HOLES 18MM **OFFERING IMPA NO. 734545 16K/32MM** |
| 2 | 4 | EA | NIPPLE, PIPE, STEEL, H/P 1-1/4" X 4" NPT |

I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER

SHIP STAMP

REC OFFICER SIGNATURE

MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL (251) 471-1153
Fax (251-471-1697
New Orleans, LA (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE        4/18/2016
RECEIPT #    22280

**SOLD TO:**      M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO #        36053        DEPARTMENT        ADDITIONAL

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|--------|-----|--------|-------------|
| 1 | 2 | EA. | BELT TYPE SLING, 2 MTRS. LONG |
| 2 | 2 | EA. | BELT TYPE SLING, 5 MTRS. LONG |
| 3 | 1 | EA. | NEEDLE SUPPORT 3MM DIA IMPA 590477 |
| 4 | 1 | EA. | THROTTLE ANVIL TP00399 |

I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER

SHIP STAMP

REC OFFICER SIGNATURE                          MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL  (251) 471-1153
Fax  (251-471-1697)
New Orleans, LA  (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE       4/18/2016
RECEIPT #   22280

**SOLD TO:**       M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO #                        DEPARTMENT       GASKETS

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|--------|-----|--------|-------------|
| 1 | 24 | EA | HI TEMP 1/8" 8" RING GASKETS**NON-RETURNABLE** |

I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER

SHIP STAMP

REC OFFICER SIGNATURE                        MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL  (251) 471-1153
Fax  (251-471-1697)
New Orleans, LA  (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE        4/18/2016
RECEIPT #   22280

**SOLD TO:**    M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO #                    DEPARTMENT        PUBS

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|--------|-----|--------|-------------|
| 1 | 6 | EA | NOTICE TO MARINERS FROM WEEK 5 (#9-14) |
| 2 | 5 | EA | B.A. TRACINGS FROM WEEK 10 (#10-14) |

I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER

SHIP STAMP

REC OFFICER SIGNATURE                    MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL  (251) 471-1153
Fax  (251-471-1697
New Orleans, LA  (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE      4/18/2016
RECEIPT #    22280

**SOLD TO:**    M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO #        ORD009949        DEPARTMENT    REFRESHMENTS

| ITEM # | QTY | U.O.M. | DESCRIPTION | UNIT PR | AMOUNT |
|--------|-----|--------|-------------|---------|--------|
| 1 | 7 | CS | COCA COLA 24/12OZ | 9.75 | 68.25 |
| 2 | 104 | CS | MINERAL WATER 12/1.5LTR | 7.90 | 821.60 |
| 3 | 7 | CS | ORANGE SODA 24/12OZ | 9.75 | 68.25 |
| 4 | 7 | CS | SPRITE 24/12OZ | 9.75 | 68.25 |

**TOTAL:**                    $1,026.35

I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER

SHIP STAMP

REC OFFICER SIGNATURE                MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL (251) 471-1153
Fax (251-471-1697
New Orleans, LA (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE      4/18/2016
RECEIPT #      22281DF

**SOLD TO:**     M/V "NEWLEAD GRANADINO" &/OR OWNERS
                AT NEW ORLEANS, LA

**PO #**     ORD009965     **DEPARTMENT**     BONDED

| ITEM# | QTY | U.O.M. | DESCRIPTION | UNIT PR | AMOUNT |
|-------|-----|--------|-------------|---------|--------|
| 1 | 60 | CTNS. | L & M BOX | 12.50 | 750.00 |
| 2 | 30 | CTNS. | MARLBORO BOX | 19.50 | 585.00 |

**TOTAL:**      $1,335.00

**I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER**

SHIP STAMP

REC OFFICER SIGNATURE           MASTER SIGNATURE

