# KLOMAR SHIP SUPPLY CO., INC.

## * KORONAKIS MARINE ROPES *

MOBILE OFFICE: 2200 PERIMETER ROAD – P.O. BOX 1118 MOBILE, ALABAMA 36633-1118
24 HOUR PHONE (251) 471-1153  TELEX 782720  TELEFAX (251) 471-1697  CABLES / KOMA MOBILE
ACCOUNT # 46813209 – REGIONS BANK , MOBILE, ALABAMA
NEW ORLEANS OFFICE: 10836 CHEF MENTEUR HWY., NEW ORLEANS, LA 70127-1101
24 HOUR PHONE (504) 243-9301  TELEX 782720  TELEFAX (504) 243-9367  CABLES / KOMA MOBILE
ACCOUNT # 10011002765 – WHITNEY BANK N.A. , NEW ORLEANS, LA
E-MAIL ADDRESS: klomar@klomarshipsupply.us

June 9, 2016

NEWLEAD SHIPPING SA
FLESSA 1-7 AKTI MIAOULI 83
GREECE

RE:  M/T "NEWLEAD GRANADINO" AT NEW ORLEANS, LA/USA

Gentlemen:

Thank you for your order of ship's supplies, which we delivered to the above vessel.

We enclose the following invoices:

| Invoice No. | Date | Department | Amount |
|---|---|---|---|
| 22304 | May 13, 2016 | Stores | 688.00 |
| 22304-A | May 13, 2016 | Charts | 378.00 |
| 22316 | June 1, 2016 | Galley | 439.30 |
| 22316-A | June 1, 2016 | Shelves | 580.00 |
| 22316-B | June 1, 2016 | Stores | 462.50 |
| 22316-C | June 1, 2016 | Stores | 317.00 |
| | | Total | $2,864.80 |

The above invoices carry a discount of 10% for 60 Days Payment except for Deliver Charges on Invoice No. 22304, Charts and Freight Charges on Invoice No.22316-C which are Net.  Therefore, please deduct $ 213.88 when making your remittance.

Please make your remittance directly by wire transfer to:

Regions Bank - Mobile, AL
Account No.:  46813209
Routing No.:  062005690
Swift Code:  UPNBUS44

Very truly yours,

Emmanouel Kloumassis
Secretary/Treasurer

Encloseres
EK/jy

EXHIBIT B

MARINE WHOLESALE STORES* CABIN-DECK/ENGINE * DRY STORES * PROVISIONS * BONDED

# KLOMAR SHIP SUPPLY CO., INC.

### *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 06500017 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

**SOLD TO:**

M/V "NEWLEAD GRANADINO" &/OR
OWNERS
NEWLEAD GRANADINO
M/T "NEWLEAD GRANADNO
C/O NEWLEAD SHIPPING SA

**SHIP TO:**

SAME AT NEW ORLEANS, LA

**DATE:** 5/13/2016
**DEPT:** STORES
**INVOICE #:** 22304
**PO#:** 36064
**TERMS:** NET

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 2 | EA. | BATTERIES, MAINTENANCE FREE, 12V 240AH SIZE 480MML X 260MMW X 220MMH<br><br>Offering Regular 8-D Battery, Wet Cell (Not Maintenance Free) Dim 527mm x 279mm x 254mm | 269.00 | 538.00 |
| 2 | 1 | EA. | DELIVERY CHARGE | 150.00 | 150.00 |

| TOTAL | $688.00 |
|---|---|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5%
PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL
PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

MARINE WHOLESALE STORES* CABIN-DECK/ENGINE * DRY STORES * PROVISIONS * BONDED

# KLOMAR SHIP SUPPLY CO., INC.

### *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 06500017 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

**SOLD TO:**

NEWLEAD GRANADINO
M/T "NEWLEAD GRANADNO
C/O NEWLEAD SHIPPING SA
FLESSA 1-7 AKTI MIAOULI 83
GREECE

**SHIP TO:**

SAME AT NEW ORLEANS, LA

**DATE:** 5/13/2016
**DEPT:** CHARTS
**INVOICE #:** 22304-A
**PO#:** ORD010170
**TERMS:** NET

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|--------|-----|--------|-------------|-------|--------|
| 1 | 4 | EA. | B.A. CHARTS NO.'S 359, 467, 1220 & 3935 | 49.50 | 198.00 |
| 2 | 4 | STS | B.A. NOTICE TO MARINERS NO. 14 -17 W/TRACINGS | 45.00 | 180.00 |

| TOTAL | $378.00 |
|-------|---------|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5%
PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL
PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

# KLOMAR SHIP SUPPLY CO., INC.

**\*DISTRIBUTOR FOR: KORONAKIS ROPES\***

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 06500017 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

**SOLD TO:**

NEWLEAD GRANADINO
M/T "NEWLEAD GRANADNO
C/O NEWLEAD SHIPPING SA
FLESSA 1-7 AKTI MIAOULI 83
GREECE

**SHIP TO:**

SAME AT NEW ORLEANS, LA

**DATE:** 6/1/2016
**DEPT:** GALLEY
**INVOICE #:** 22316
**PO#:**
**TERMS:** NET

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 98 | PCS. | BATH SOAP, DOVE **7 X 14 PCS** | 1.60 | 156.80 |
| 2 | 300 | EA. | RE-SEALABLE PLASTIC BAGS, 30 X 40CM **3 X 100 PCS** | 0.26 | 78.00 |
| 3 | 1 | ROLL | PLASTIC WRAP, 18" X 2000' | 24.50 | 24.50 |
| 4 | 12 | LTR | BLEACH | 0.54 | 6.48 |
| 5 | 24 | LTR | LAUNDRY SOFTENER | 0.89 | 21.36 |
| 6 | 24 | BTL | SOAP LIQUID FOR GALLEY, 32OZ. | 1.49 | 35.76 |
| 7 | 12 | TIN | COCKROACH KILLER, SPRAY | 3.95 | 47.40 |
| 8 | 12 | EA. | SELF HEAT COCKROACH FUMIGATOR 1G | 5.75 | 69.00 |

| TOTAL | $439.30 |
|---|---|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5% PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

MARINE WHOLESALE STORES* CABIN-DECK/ENGINE * DRY STORES * PROVISIONS * BONDED

# KLOMAR SHIP SUPPLY CO., INC.

### *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 06500017 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

| SOLD TO: | SHIP TO: | |
|---|---|---|
| NEWLEAD GRANADINO<br>M/T "NEWLEAD GRANADNO<br>C/O NEWLEAD SHIPPING SA<br>FLESSA 1-7 AKTI MIAOULI 83<br>GREECE | SAME AT NEW ORLEANS, LA | DATE: 6/1/2016<br>DEPT: SHELVES<br>INVOICE #: 22316-A<br>PO#: 36070<br>TERMS: NET |

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 4 | STS | SHELVES, 460MM DEEP, 1220MM WIDE, 2200MM, HEIGHT, HOLDS 3000 LBS. 6 SHELVES | 145.00 | 580.00 |

| TOTAL | $580.00 |
|---|---|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5% PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

MARINE WHOLESALE STORES* CABIN-DECK/ENGINE * DRY STORES * PROVISIONS * BONDED

# KLOMAR SHIP SUPPLY CO., INC.

## *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 06500017 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

**SOLD TO:**

NEWLEAD GRANADINO
M/T "NEWLEAD GRANADNO
C/O NEWLEAD SHIPPING SA
FLESSA 1-7 AKTI MIAOULI 83
GREECE

**SHIP TO:**

SAME AT NEW ORLEANS, LA

**DATE:** 6/1/2016
**DEPT:** STORES
**INVOICE #:** 22316-B
**PO#:** 36070
**TERMS:** NET

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|--------|-----|--------|-------------|-------|--------|
| 1 | 25 | EA. | SLIP ONG FLANGES, PN 40 DN2576 80MM DIA SIZE D-200MM/ SIZE c-150MM SIZEd90.3MM BOLT HOLE 8  **OFFERING PN 10/16 WHICH IS THE SAME SIZE AS THE PN40.  THE ONLY DIFFERENCE IS THE PN40 IS SLIGHTLY THICKER (1-2MM)  - THIS IS WHATS AVAILABLE LOCALLY | 18.50 | 462.50 |

| | TOTAL | | | | $462.50 |

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5% PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL.  THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

MARINE WHOLESALE STORES* CABIN-DECK/ENGINE * DRY STORES * PROVISIONS * BONDED

# KLOMAR SHIP SUPPLY CO., INC.

## *DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 06500017 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

**SOLD TO:**

NEWLEAD GRANADINO
M/T "NEWLEAD GRANADNO
C/O NEWLEAD SHIPPING SA
FLESSA 1-7 AKTI MIAOULI 83
GREECE

**SHIP TO:**

SAME AT CURACAO, CW

**DATE:** 6/9/2016
**DEPT:** STORES
**INVOICE #:** 22316-C
**PO#:**
**TERMS:** NET

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|--------|-----|--------|-------------|-------|--------|
| 1 | 1 | EA. | AUTOMATIC BATTERY CHARGER INPUT 220VAC/OUTPUT 24VDC SIZE L-380MM W-180MM H-80MM | 119.00 | 119.00 |
| 2 | 1 | EA. | DHL COURIER CHARGES FOR SHIPPING TO CURACAO | 198.00 | 198.00 |

| TOTAL | $317.00 |
|-------|---------|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5%
PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL
PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.

# Klomar Ship Supply

Mobile, AL  (251) 471-1153
Fax  (251-471-1697)
New Orleans, LA  (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE        5/13/2016
RECEIPT #   22304

**SOLD TO:**   M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO #          36064          DEPARTMENT          STORES

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|--------|-----|--------|-------------|
| 1 | 2 | EA. | BATTERIES, MAINTENANCE FREE, 12V 240AH SIZE 480MML X 260MMW X 220MMH |
|   |   |     | Offering Regular 8-D Battery, Wet Cell (Not Maintenance Free) Dim 527mm x 279mm x 254mm |
| 2 | 1 | EA. | DELIVERY CHARGE |

I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER

SHIP STAMP

REC OFFICER SIGNATURE                    MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL  (251) 471-1153
Fax  (251-471-1697)
New Orleans, LA  (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE        5/13/2016
RECEIPT #    22304

**SOLD TO:**

M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO #

DEPARTMENT        CHARTS

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|--------|-----|--------|-------------|
| 1 | 4 | EA. | B.A. CHARTS NO.'S 359, 467, 1220 & 3935 |
| 2 | 4 | STS | B.A. NOTICE TO MARINERS NO. 14 -17 W/TRACINGS |

**I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER**

SHIP STAMP

REC OFFICER SIGNATURE                    MASTER SIGNATURE



# Klomar Ship Supply

Mobile, AL  (251) 471-1153
Fax  (251-471-1697)
New Orleans, LA  (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE          6/1/2016
RECEIPT #     22316

**SOLD TO:**    M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO #                                 DEPARTMENT        GALLEY

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|---|---|---|---|
| 1 | 98 | PCS. | BATH SOAP, DOVE **7 X 14 PCS** |
| 2 | 300 | EA. | RE-SEALABLE PLASTIC BAGS, 30 X 40CM **3 X 100 PCS** |
| 3 | 1 | ROLL | PLASTIC WRAP, 18" X 2000' |
| 4 | 12 | LTR | BLEACH |
| 5 | 24 | LTR | LAUNDRY SOFTENER |
| 6 | 24 | BTL | SOAP LIQUID FOR GALLEY, 32OZ. |
| 7 | 12 | TIN | COCKROACH KILLER, SPRAY |
| 8 | 12 | EA. | SELF HEAT COCKROACH FUMIGATOR 1G |

**I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER**

SHIP STAMP

REC OFFICER SIGNATURE                    MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL (251) 471-1153
Fax (251-471-1697
New Orleans, LA (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE        6/1/2016
RECEIPT #   22316

**SOLD TO:**   M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO #   36070   DEPARTMENT   SHELVES

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|---|---|---|---|
| 1 | 4 | STS | SHELVES, 460MM DEEP, 1220MM WIDE, 2200MM, HEIGHT, HOLDS 3000 LBS. 6 SHELVES |

**I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER**

SHIP STAMP

REC OFFICER SIGNATURE

MASTER SIGNATURE

# Klomar Ship Supply

Mobile, AL  (251) 471-1153
Fax  (251-471-1697)
New Orleans, LA  (504) 243-9301
klomar@klomarshipsupply.us

# DELIVERY RECEIPT

DATE        6/1/2016
RECEIPT #   22316

**SOLD TO:**   M/V "NEWLEAD GRANADINO" &/OR OWNERS
AT NEW ORLEANS, LA

PO #   36070   DEPARTMENT   STORES

| ITEM # | QTY | U.O.M. | DESCRIPTION |
|--------|-----|--------|-------------|
| 1 | 25 | EA. | SLIP ONG FLANGES, PN 40 DN2576 80MM DIA SIZE D-200MM/ SIZE c-150MM SIZEd90.3MM BOLT HOLE 8  **OFFERING PN 10/16 WHICH IS THE SAME SIZE AS THE PN40.  THE ONLY DIFFERENCE IS THE PN40 IS SLIGHTLY THICKER (1-2MM)  - THIS IS WHATS AVAILABLE LOCALLY |

**I CERTIFY THE ABOVE MATERIAL IN QUANTITY AND QUALITY HAVE BEEN RECEIVED IN GOOD ORDER**

SHIP STAMP

REC OFFICER SIGNATURE          MASTER SIGNATURE