**MARINE WHOLESALE STORES* CABIN-DECK/ENGINE * DRY STORES * PROVISIONS * BONDED**

# KLOMAR SHIP SUPPLY CO., INC.

*DISTRIBUTOR FOR: KORONAKIS ROPES*

Mobile Office: 2200 Perimeter Road - P.O. Box 1118 Mobile, Alabama 36633-1118
24 Hr. Phone 251/471-1153 Telefax 251/471-1697 Cables/KOMA MOBILE
ACCOUNT#46813209 – ABA #062000019 – Regions Bank Mobile, AL
New Orleans Office: 10836 Chef Menteur Hwy., New Orleans, Louisiana 70127-1101
24 Hr. Phone 504/243-9301 Telefax 504-243-9367 Cables/KOMA MOBILE
Account # 10011002765 – ABA # 06500017 – Whitney Bank, N.A. – New Orleans, LA
E-Mail Address: klomar@klomarshipsupply.us

| SOLD TO: | SHIP TO: | DATE: 6/9/2016 |
|---|---|---|
| NEWLEAD GRANADINO<br>M/T "NEWLEAD GRANADNO<br>C/O NEWLEAD SHIPPING SA<br>FLESSA 1-7 AKTI MIAOULI 83<br>GREECE | SAME AT CURACAO, CW | DEPT: STORES<br>INVOICE #: 22316-C<br>PO#:<br>TERMS: NET |

| ITEM # | QTY | U.O.M. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 1 | EA. | AUTOMATIC BATTERY CHARGER INPUT 220VAC/OUTPUT 24VDC SIZE L-380MM W-180MM H-80MM | 119.00 | 119.00 |
| 2 | 1 | EA. | DHL COURIER CHARGES FOR SHIPPING TO CURACAO | 198.00 | 198.00 |

**EXHIBIT C**

| TOTAL | $317.00 |
|---|---|

TERMS OF SALE: IF THIS ACCOUNT IS NOT PAID WITHIN 30 DAYS FROM THE DATE OF SERVICE THE UNDERSIGNED AGREES TO PAY INTEREST ON THE BALANCE DUE AT THE RATE OF 1.5% PER MONTH UNTIL THE ACCOUNT IS PAID IN FULL. THE UNDERSIGNED AGREES THAT IF THIS ACCOUNT IS REFERRED TO AN ATTORNEY FOR COLLECTION THAT THE UNDERSIGNED WILL PAY ALL COST OF COLLECTION INCLUDING ATTORNEY'S FEES, WHICH ARE HEREBY STIPULATED TO BE ONE THIRD OF THE AMOUNT DUE OR A MINIMUM OF $1,000 WHICHEVER IS GREATER.